396 A.2d 11

Commonwealth v. Alexander, Appellant.

Submitted November 14, 1977. Donald R. Marsh, for appellant; Walter S. Vuckovich, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to allow appellant to petition to withdraw his guilty plea. *Commonwealth v. Riley,* 239 Pa.Super. 488, 361 A.2d 423 (1976).

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.